

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Fax: (212) 943-9082

**Nicole Marimon**
nmarimon@vandallp.com

November 30, 2020

<u>VIA ECF</u>

Hon. Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

<u>MEMO ENDORSED</u>

Re: <u>Trustees of the New York City District Council of Carpenters Pension Fund, et al. v. 1st Choice Construction LLC</u>, 20 CV 7119(LTS)(RWL)

Dear Judge Swain:

    This firm represents the Petitioners in the above captioned matter. Petitioners write in connection with the Court's October 15, 2020 Order scheduling a conference for December 4, 2020 at 11 a.m. As set forth in Petitioners' motion for an extension of the time and for alternative service, Petitioners have yet to effectuate service on the Respondent 1st Choice Construction LLC. On November 23, 2020, the Court granted Petitioners leave to serve by 'affix and mail' and email. Petitioners have transmitted the Petition and accompanying papers to the process servers for service by the 'affix and mail' method. Based on the forgoing, Petitioners respectfully request an adjournment of the conference until such a time as service of the Petition and the Court's Orders has been completed. This is Petitioners' first request for an adjournment of the conference.

    We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/
Nicole Marimon, Esq.

cc: 1st Choice Construction, LLC
    *(via first class mail)*

The conference is adjourned to March 12, 2021, at 2:00 p.m. Plaintiff must file a status report by March 1, 2021. DE#12 resolved.
SO ORDERED.
11/30/2020
/s/ Laura Taylor Swain, USDJ