**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, et al.,

                    Petitioners,                        20 **CIVIL** 7119 (LTS)

    -against-                                 **JUDGMENT**

1ST CHOICE CONSTRUCTION LLC,
                    Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated September 30, 2021, Petitioners' petition to confirm the arbitration award is granted. Judgment is entered in the total amount of $50,081.40 ($45,395.70 arbitration award plus $3,945.70 pre-judgment interest thereon at the annual rate of 6.75% from June 17, 2020, through the date of the Memorandum Order, plus $665 in attorneys' fees, and $75 in costs arising out of the petition). Post- judgment interest will accrue in accordance with 28 U.S.C. section 1961; accordingly, the case is closed.

**Dated**: New York, New York
         September 30, 2021

                                              **RUBY J. KRAJICK**
                                              _____
                                                 **Clerk of Court**
                    **BY:**       *K. Mango*
                                                 _____
                                                 **Deputy Clerk**